# UNITED STATES BANKRUPTCY COURT

## FOR THE

## EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

In the Matter of:

ASRA Q NOMANI

|  |
|  |

Chapter 13

Case No. 15-13619-BFK

Debtor

## LOCAL RULE 3070 (1)(C) CERTIFICATION

Comes now the Trustee upon this Chapter 13 proceeding and files this certification that the Debtor(s) has failed to commence payments under the Plan as is required by 11 U.S.C. §1326(a)(1).

December 9, 2015                              /s/Thomas P. Gorman _____
Dated                                        Thomas P. Gorman

## CERTIFICATE OF SERVICE

I hereby certify that I have this 9th day of December, 2015, mailed a true copy of the foregoing Local Rule 3070 (1)(C) Certification to the following parties.

Asra Q Nomani                    Tommy Andrews, Jr., Esq.
Chapter 13 Debtor                Attorney for Debtor
409 Seneca Rd                    122 N. Alfred St.
Great Falls, VA 22066            Alexandria, VA 22314

                                 ___/s/ Thomas P. Gorman_____
                                 Thomas P. Gorman